FILED

06/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0399

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0399

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                       O R D E R

WILLARD DEAN McCAULOU,

Defendant and Appellant.

_____

Appellant Willard Dean McCaulou, by counsel, has filed a motion for extension of time to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant is given to July 7, 2022, within which to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2022